# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

CHARLES RAY MCSWAIN,
WINONA MCSWAIN, AND
JUSTIN DELVIS MORGAN

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-6401-M

FILED JAN 2 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about January 24, 2006, in Henry County, in the Central District of Illinois, the defendants,

**CHARLES RAY MCSWAIN, WINONA MCSWAIN,
AND JUSTIN DELVIS MORGAN**

did knowingly and intentionally possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    [X] Yes  [ ] No

S/Russell Coulter
_____
Signature of Complainant
Russell Coulter, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

January 25, 2005                                  Rock Island, Illinois
_____        at       _____
Date                                              City and State

Thomas J. Shields
United States Magistrate Judge                    S/Thomas J. Shields

## AFFIDAVIT IN SUPPORT OF COMPLAINT

RUSSELL COULTER, being first duly sworn upon oath, deposes and states as follows :

1. I am a Special Agent with the U.S. Drug Enforcement Administration (DEA), and have been so employed since January 1997. Prior to this, I was employed as a Special Agent with the U.S. Railroad Retirement, Office of Inspector General for approximately six years. During my law enforcement career, I have been involved in the undercover and controlled purchase of narcotics, the management of and debriefing of confidential sources, the tracing of drug proceeds, and the acquisition and execution of numerous search warrants. I am aware of the information set forth below through discussions with other law enforcement officers.

2. The following is an affidavit in support of a criminal complaint charging Justin Delvis Morgan, Charles Ray McSwain, and Winona McSwain with violations of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B), Possession With Intent to Distribute marijuana.

3. On January 24, 2006, at approximately 1:58 pm, a trooper from the Illinois State Police stopped a GMC Yukon on eastbound Interstate 80, mile post 22, Henry County, Illinois, for a traffic violation. Subsequent to the traffic stop, the driver of the vehicle was identified as Justin Delvis Morgan, and the additional passengers were identified as Charles Ray McSwain and Winona McSwain.

4. After issuing Justin Delvis Morgan a citation for not having valid drivers license and a written warning for having an object hanging from the rearview mirror that obstructed the



driver's view, the trooper requested and received consent to search the vehicle. Before the trooper was able to perform his search, the male passenger, Charles Ray McSwain, advised the trooper that the vehicle contained approximately six-hundred (600) pounds of marijuana.

5. The trooper subsequently discovered numerous duffel bags and garbage bags in the rear of the vehicle which all contained packages of suspected marijuana. All three subjects were then placed under arrest and transported to an off-site location. The contents of the vehicle were subsequently removed and approximately seven-hundred fifty-five (755) pounds of marijuana that field tested positive was seized.

6. Charles Ray McSwain subsequently provided post-*Miranda* statements to law enforcement personnel. Charles Ray McSwain admitted to knowing that the GMC Yukon contained marijuana. Charles Ray McSwain also provided details regarding the origin of and destination for the marijuana. Charles Ray McSwain said that Winona McSwain and Justin Delvis Morgan knew the marijuana was in the vehicle the three were traveling in at the time of the stop. He also stated that he was to pay Justin Delvis Morgan and Winona McSwain $14,000 US Currency for assisting in the transport of the marijuana. Charles Ray McSwain further admitted to several additional trips he had made with Justin Delvis Morgan and Winona McSwain to transport marijuana to to several other areas of the country.

7. Winona McSwain subsequently provided post-*Miranda* statements to law enforcement personnel. Winona McSwain admitted to knowing that the GMC Yukon contained marijuana. Winona McSwain also said that she and Justin Delvis Morgan were

to get paid a total of $14,000 US Currency from Charles Ray McSwain for assisting in transporting the marijuana. Winona McSwain further admitted to several other trips, over the past year, which she made with Justin Delvis Morgan and Charles Ray McSwain to transport marijuana to several other areas of the country.

8. After Justin Delvis Morgan was read *Miranda* warnings, he admitted that he was the driver of the Yukon where the marijuana was found. He also admitted to knowing the destination city for the marijuana being transported.

9. Based on the foregoing, I have reason to believe that Justin Delvis Morgan, Charles Ray McSwain, and Winona McSwain violated Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B), Possession With Intent to Distribute marijuana.

S/Russell Coulter
_____
Russell Coulter, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence this 25th day of January, 2006.

S/Thomas J. Shields
_____
Thomas J. Shields
United States Magistrate Judge