E-FILED
Tuesday, 21 February, 2006  02:27:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
FEB 1 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06- 40023 |
| v. ) | |
| ) | VIO: Title 21, United States Code, |
| CHARLES RAY MCSWAIN, ) | Sections 841(a)(1), 841(b)(1)(B) |
| WINONA MCSWAIN, and ) | and 846. |
| JUSTIN DELVIS MORGAN, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (CONSPIRACY TO DISTRIBUTE MARIJUANA)

From at least January 2006, and continuing until on or about January 24, 2006, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**CHARLES RAY MCSWAIN,
WINONA MCSWAIN, and
JUSTIN DELVIS MORGAN,**

did conspire with persons known and unknown to the Grand Jury to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), that is, to knowingly and intentionally possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectible amount of marijuana, a Schedule I Controlled Substance, all in violation of Title 21, United States Code, Section 846.

## COUNT TWO
## (POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA)

On or about January 24, 2006, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**CHARLES RAY MCSWAIN,**
**WINONA MCSWAIN, and**
**JUSTIN DELVIS MORGAN,**

did knowingly and intentionally possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectible amount of marijuana, a Schedule I Controlled Substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL

S/Foreperson
**FOREPERSON**

S/Bradley Murphy for

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**
**MJC**