# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **06-40023** <br> ) |
| **Charles Ray McSwain, Winona McSwain,** <br> **Justin Delvis Morgan** <br> Defendant | ) <br> ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **10:15am** on **Thursday, 3/23/06 in Rock Island** .

This matter is set for Jury Trial at 8:30 A.M. on **Monday, 4/17/06**

at

[  ] Peoria, Illinois

[ X ] Rock Island, Illinois

before the Honorable Michael M. Mihm,  U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 2nd  day of March, 2006.

S/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE