E-FILED
Tuesday, 25 April, 2006 04:17:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

**FILED**
APR 2 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. Nos. 06-40023 and |
| ) | 06-40024 |
| CHARLES R. MCSWAIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO TRANSFER DEFENDANT
### TO BUREAU OF PRISONS MEDICAL FACILITY

On April 21, 2006, Defendant's counsel made an oral motion to transfer the Defendant from the Henry County Jail in Cambridge, Illinois, to a United States Bureau of Prisons Medical Facility to receive treatment while in custody for his gastric ulcer and other serious medical conditions while the Defendant awaits his sentencing date of August 18, 2006, at 9:00 a.m. in Rock Island, Illinois. Government counsel had no objection to the defense counsel's motion. The Court finds that the United States Marshal's Service does not have a suitable local detention facility to treat and care for the Defendant's serious medical condition at this time.

ACCORDINGLY, IT IS ORDERED that the United States Marshal's Service shall transfer the Defendant from the Henry County Jail in Cambridge, Illinois, to a United States Bureau of Prisons Medical Facility to receive medical treatment

while in custody for his gastric ulcer and other serious medical conditions. In addition, pursuant to Title 18 U.S.C. § 3552(b), the Court orders the Bureau of Prisons to conduct a general health study of the Defendant and to report the findings of that study to the Court and to counsel. The Court further orders that the United States Marshal's Service shall transport the Defendant to and from the medical facility for hearings in this case, including the Defendant's sentencing hearing scheduled for August 18, 2006, at 9:00 a.m., in Rock Island, Illinois.

Dated this 25th day of April, 2006.

s/ Michael M. Mihm
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE