E-FILED
Thursday, 01 May, 2008 12:00:55 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 06-40023-001** |
| **Charles Ray McSwain** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** FCI McKean at Bradford, PA.

   **WE COMMAND** that you produce the body of **Charles Ray McSwain**, Register No. **30741-198**, who is in your custody at FCI McKean before the United States District Court on **Wed., 5/21/08 at 11:30am (CST)** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

   **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

   DATED:  5/1/2008

                              PAMELA E. ROBINSON, CLERK
                              UNITED STATES DISTRICT COURT
                                   S/Denise Koester
                           BY: _____
                                   Deputy Clerk